IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| HOSCPICE OF EAST TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-CV-136-RWS-JBB |
| § | |
| SECRETARY, UNITED STATES § | |
| DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order adopting the Report and Recommendation of the Magistrate Judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that Hospice's motion for summary judgment (Docket No. 16) is **GRANTED**. It is further

**ORDERED** that the Secretary's motion for summary judgment (Docket No. 19) is **DENIED**. It is further

**ORDERED** that the Secretary's final decision is **VACATED AND REMANDED** for reimbursement of Hospice by the Secretary for the amounts previously recouped from Hospice for the claims for 10 beneficiaries billed under the Medicare Hospice Benefit between August 1, 2014 and June 30, 2017. It is further

**ORDERED** that any other pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 31st day of March, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE